816 F.2d 479
 38 Ed. Law Rep. 1212
 Ben LINDSEY; Jerri Lindsey, husband and wife, Plaintiff-Appellant,
v.
CLOSSCO, a California limited partnership, Defendant-Appellee.
 No. 86-2555.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 12, 1987.
Decided May 4, 1987.
 
 Russell A. Kolsrud, Phoenix, Ariz., for plaintiff-appellant.
 Douglas Gerlach, Phoenix, Ariz., for defendant-appellee.
 Appeal from the United States District Court for the District of Arizona; Earl H. Carroll, District Judge, Presiding.
 Before CANBY, NORRIS and KOZINSKI, Circuit Judges.
 
 ORDER
 
 1
 After carefully reviewing the record and the briefs, we affirm the judgment below for the reasons stated in paragraph 6 of the district court's "Conclusions of Law." Lindsey v. Clossco, 642 F.Supp. 250, 255 (D.Ariz.1986).
 
 
 2
 AFFIRMED.